IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL LASSOFF, on behalf of himself and other Pennsylvania and New Jersey residents similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 06-3542 |
| GOOGLE, INC., | : : | |
| Defendant. | : | |

## **O R D E R**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Defendant Google, Inc., to Dismiss the Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and that Plaintiff's Complaint is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE MARY A. McLAUGHLIN
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself and other Pennsylvania and New Jersey residents similarly situated, : : : : Plaintiff, : : v. : : GOOGLE, INC., : : Defendant. : | CIVIL ACTION NO. 06-3542 |

## **O R D E R**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Defendant Google, Inc., to Dismiss the Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART.**  It is **GRANTED IN PART** in that Plaintiff's claim for unjust enrichment as set forth in Count III of the Complaint is dismissed with prejudice.  All other prayers for relief set forth in Defendant's Motion are **DENIED.**

BY THE COURT:

_____
HONORABLE  MARY A. McLAUGHLIN
Judge, United States District Court