N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LASSOFF, on behalf of himself : 
and other Pennsylvania and New Jersey :
residents similarly situated, :
:
    Plaintiff, :
:
v. : CIVIL ACTION
: NO. 06-3542
GOOGLE, INC., :
:
    Defendant. :

## CERTIFICATE OF SERVICE

I, Jeffrey M. Lindy, Esquire, counsel to defendant Google, Inc., in the above-captioned matter, hereby certify that on this 16th day of October, 2006, true and correct copies of the Motion of Defendant Google, Inc., to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), Memorandum of Law in support thereof, and proposed forms of Order, were served by electronic filing (ECF) upon Samuel J. Lassoff, Esquire, Lassoff Law Associates, LLC, 1616 Walnut Street, Suite 1105, Philadelphia, Pennsylvania 19103  (*Pro Se* Plaintiff) and, subsequent to October 16, 2006, that is, on October 17, 2006, were served by regular mail.

                                                      __/s/ Jeffrey M. Lindy____
                                                      Jeffrey M. Lindy, Esquire