# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself and other Pennsylvania and New Jersey residents similarly situated, : : : : **Plaintiff,** : : v. : : GOOGLE, INC., : : **Defendant.** : | CIVIL ACTION NO. 06-3542 |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
## TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT
## PURSUANT TO FED.R.CIV.P. 12(b)(6)

Plaintiffs, by and through their undersigned counsel, respectfully request that this Court deny Defendant Google's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Fed.R.Civ.P. 12(b)(6).[1] In support of Plaintiffs' Response To Defendant's Motion, Plaintiffs hereby incorporate by reference the averments contained in the following Memorandum of Law, including Attachments "A", "B", "C" and "D" attached to that Memorandum, as if fully set forth herein.

WHEREFORE, Plaintiffs respectfully request that this Court deny Defendant's Motion to Dismiss their Class Action Complaint and enter the attached Order.

---

[1] Two forms of Order are provided with this submission. The first proposed form of Order is provided in connection with Plaintiffs request that Defendant's motion be denied. The second proposed Order is provided in connection with Plaintiffs' alternative argument set forth, *infra*, in the attached Memorandum of Law, where Plaintiffs request leave of Court to amend their Class Action Complaint and obtain discovery from Defendant Google.

                    Respectfully submitted,
                    **LASSOFF LAW ASSOCIATES, LLC**
By:   \s\ Samuel J. Lassoff
        Samuel J. Lassoff Esquire
        1616 Walnut Street
        Philadelphia, PA 19103
        Attorneys for Plaintiffs