## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SAMUEL LASSOFF, on behalf of himself**          :
**and other Pennsylvania and New Jersey**          :
**residents similarly situated,**          :
          :
                    **Plaintiff,**          :
          :
          **v.**          :          **CIVIL ACTION**
          :          **NO. 06-3542**
**GOOGLE, INC.,**          :
          :
**Defendant.**          :

## O R D E R

AND NOW, this _____ day of _____, 2006, upon Plaintiff's

Response To Defendant's Motion To Dismiss, and any response thereto, it is hereby

**ORDERED** and **DECREED** that Defendant's Motion To Dismiss Plaintiffs' Class

Action Complaint is **DENIED.**


          **BY THE COURT:**


          _____
          **HONORABLE MARY A. McLAUGHLIN**
          **Judge, United States District Court**

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LASSOFF, on behalf of himself : 
and other Pennsylvania and New Jersey : 
residents similarly situated, : 
: 
          Plaintiff, : 
: 
    v. :    CIVIL ACTION 
:    NO. 06-3542 
GOOGLE, INC., : 
: 
Defendant. : 

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Response To Defendant's Motion To Dismiss, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion To Dismiss Plaintiffs' Class Action Complaint is **DENIED.**

Plaintiffs shall file an Amended Complaint within 30 days limiting Plaintiffs' Class to members who properly opted out of any prior Google Class Action Settlement.

Plaintiffs shall immediately be afforded the opportunity to obtain discovery from Defendant Google; including, but not limited to (1) the names of all Google customers who opted out of the Google Class Action Settlement or were not notified of same, and (2) Google's proprietary systems for filtering "fraudulent" clicks without providing any safeguards on the use of such information by other parties or by the public; with appropriate protection for Google, Inc. from public disclosure of same.

                       **BY THE COURT:**

                    _____

                    **HONORABLE MARY A. McLAUGHLIN**
                    **Judge, United States District Court**