## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of himself and other Pennsylvania and New Jersey residents similarly situated,** : : : : **Plaintiff,** : : **v.** : : **GOOGLE, INC.,** : : **Defendant.** : | **CIVIL ACTION NO. 06-3542** |

## CERTIFICATE OF SERVICE

I, Samuel J. Lassoff, Esquire, counsel to Class Action Plaintiffs in the above-captioned matter, hereby certify that on this 3rd day of November, 2006, true and correct copies of Plaintiffs' Response To Defendant's Motion To Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(6), Memorandum of Law in support thereof, and proposed forms of Order, were served by electronic filing (ECF) upon Defendant Google's counsel, Jeffrey M. Lindy, Esquire, LINDY & ASSOCIATES, P.C., 1800 JFK Boulevard, Suite 1500, Philadelphia, Pennsylvania 19103; and were served by regular mail.

                                              **\s\ Samuel J. Lassoff**
                                              Samuel J. Lassoff Esquire

Dockets.Justia.com