## LASSOFF LAW ASSOCIATES, LLC
1616 WALNUT STREET, SUITE 1105
PHILADELPHIA, PA 19103
T: (215) 545-4450
F: (215) 988-0944

May 23, 2006

**Via U.S. Certified Mail #70041350000362581883**
Google Settlement Opt Out
c/o Gilardi & Co. LLC
P.O. Box 808070
Petaluma, CA 94975-8070

　　　　Re: Google Settlement Opt Out

Dear Sir/Madam:

　　This letter is to inform the Class that the following individual and organizations wish to exclude themselves from the settlement of the Google Class Action Litigation:

Samuel J. Lassoff, SJL Systems Inc. and Lassoff Law Associates, LLC
Suite 1105
1616 Walnut Street
Philadelphia, PA 19103

I, Samuel J. Lassoff, Esquire, certify that I am authorized to act on behalf of all parties listed above.

　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　**Lassoff Law Associates**

　　　　　　　　　　　　　*Samuel J. Lassoff*

　　　　　　　　　　　　　Samuel J. Lassoff, Esquire

SJL/jb

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.10 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.10 |

Sent To: Google opt out Settlement
Street, Apt. No.; or PO Box No.: P.O. Box 808070
City, State, ZIP+4: Petaluma, CA 94975-8070

7004 1350 0000 3625 1883