

## Lassoff Law Associates

Attorneys at Law

1616 Walnut Street, Suite 1105
Philadelphia, PA 19103
Tel (215) 545-4450
Fax (215) 988-0944

August 24, 2006

**Via U.S. Certified Mail #7003 3110 0002 7725 8299**
Claims Administrator
Claim Administrator
PO Box 1340
Minneapolis, MN 55440-1340

RE: EXCLUSION FROM YAHOO SETTLEMENT;
CHECKMATE STRATEGIC GROUP, INC. v. YAHOO! INC., CV 05-4588

Dear Sir/Madam:

The following individuals and organizations wish to be excluded from any settlement reached with Yahoo! Inc.:

Samuel J. Lassoff, Esquire
Lassoff Law Associates
1616 Walnut Street, Suite 1105
Philadelphia, PA 19103-5311
Phone: 215-545-4450

Yahoo Account Numbers:

US LN SLassoff US 1239791826
US PN Lassoff Law Associates 5836922860

Very truly yours,

LASSOFF LAW ASSOCIATES

SAMUEL J. LASSOFF

SJL/jb

*[U.S. Postal Service Certified Mail Receipt #7003 3110 0002 7725 8299 addressed to: Claims Administrator, P.O. Box 1340, Minneapolis, MN 55440-1340]*