LASSOFF v. GOOGLE, INC. Doc. 5 Att. 7
Case 2:06-cv-03542-MAM   Document 5-8   Filed 11/03/2006   Page 1 of 7



How the best ideas win.

STORIES FROM GOOGLE ADVERTISERS

Dockets.Justia.com

Men's Italian Clothing
Save 50-70% Vavra's Made in Italy
Save on Zegna, Hugo Boss & Canali
www.vavraitaly.com
Interest: ▬

Solve Your Noise Problems
Affordable noise reduction up
to 99%. Available nationwide.
www.soundproofwindows.com
Interest: ▬

Buy Flower Seeds & Save
70 favorite flowers & wildflower
mixes in bulk sizes oz. to lb.
www.AmericanMeadows.com
Interest: ▬

Designer Hospital Gowns
21 Colorful Hospital Gown Prints
Comfortable Design & Shipping Daily
www.hospitalgowns.com
Interest: ▬

## Meet four winners.

Here are the stories of entrepreneurs who figured out how to reach their audience at the right moment with the best idea—even with a small ad budget. They tap into the 200 million daily searches on Google and its partner network (AOL, Ask Jeeves, and others) to precisely target the people they want to reach: buyers who are looking for what they sell.

These businesspeople can set their own budgets on Google Adwords™ because there are no minimum spending limits. And they only pay for results, removing all risk.

Here's how their businesses have taken off.



## Keyword advertising helped turn Ge'Lena Vavra's hobby into a seven-figure company.

"I GET MORE QUALIFIED BUYERS BY ADVERTISING ON GOOGLE—PEOPLE WHO ARE READY AND ABLE TO BUY WHEN THEY COME TO MY SITE."

Las Vegas clotheshorse Ge'Lena Vavra started buying and selling designer clothing just for fun. She loved happy customers and beautiful things. But she hated paying high monthly transaction and ad fees to an online auctioneer. So she launched her own site—vavraitaly.com—which sells new Italian designer menswear, and gave online banner ads a try. That quickly led to a sizeable invoice and no new customers. But since her move to Google AdWords, qualified buyers are rolling in and sales have risen 20 percent each month. As 2002 ended, Vavra hit $100,000 in monthly sales, and the drop in her ad costs—from 20 percent down to 5 percent of revenue—made her margins that much higher.



## When Ray Allen quit mailing catalogs, qualified leads shot up.

Entrepreneur Ray Allen founded the Vermont Wildflower Farm 20 years ago. By sending out a million copies of his mail-order catalog, he became a major flower seed supplier. As the Internet became a viable business platform, Allen built his own website, AmericanMeadows.com. He opted out of expensive catalog printing and mailing entirely in favor of online advertising. Today, Allen uses Google AdWords to keep down his cost of acquiring new customers and enlarge his customer base through cost-efficient keyword-targeted advertising. Result: His site gets more than 1,000 unique visitors a day. What's more, Google's partnership with AOL has yielded four times the AOL traffic Allen used to get.

"GOOGLE ADWORDS HAS HAD A SUBSTANTIAL IMPACT ON MY BUSINESS, PROVIDING A LOW-COST WAY TO GENERATE A LARGE VOLUME OF LEADS."



"I'M PAYING A VERY, VERY REASONABLE PRICE TO GET MANY NEW EYEBALLS."

## Clif Shakun's colorful hospital garb went from good intention to global visibility.

Whenever he visited friends in the hospital, Clif Shakun was distressed by the grim sameness he saw there. So he decided to design and manufacture colorful patterned hospital gowns and surgical caps in poplin and Velcro "to form a shield of protection in life's most challenging moments." Helping people find his products in their moment of need posed another sort of challenge. Using Google AdWords to create a keyword-targeted ad campaign, Shakun nearly doubled traffic to HospitalGowns.com in 6 months. He can target his ads as never before, and can easily limit what he pays for each visitor. Shakun now gets a very healthy 6 percent of people seeing his ads actually coming to the site. He's even getting sales outside the U.S., in countries from Sweden to Venezuela.



## Randy Brown stopped running ads in the newspaper. Then business started booming.

"WITHOUT GOOGLE, NO WAY WOULD WE HAVE HAD A FIVEFOLD INCREASE IN LEADS."

The quintessential small business builds, sells, and ships a product from the same shop. Randy Brown's Soundproof Windows is a great example: For 6 years, he's manufactured custom laminated glass windows designed to muffle outside noise. With word-of-mouth advertising and newspaper ads, he barely covered his marketing costs. Then he tried Google AdWords, using keywords like "dual-pane" and "noise reduction" to broaden his reach. His site traffic quadrupled in 6 months. Today, Brown gets at least 10 calls or email messages a day from active buyers. Even better, Brown has tuned his ad over time, and 6 percent of people who see his ad now come to SoundproofWindows.com.

## Your customers are searching for you right now.

Get found in the next 15 minutes at **www.google.com/start**

Google™

© Copyright 2003. Google is a trademark of Google Technology Inc. All other company and product names may be trademarks of the respective companies with which they are associated.