IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
SAMUEL LASSOFF, et al.,        :
        Plaintiffs,             :    CIVIL ACTION
                                :
        v.                      :
                                :
GOOGLE, INC.,                   :
        Defendant               :    NO. 06-3542
```

ORDER

AND NOW, this 12th day of January, 2007, upon consideration of the defendant's Motion to Dismiss, and whereas the plaintiff has filed an amended complaint as of right under Federal Rule of Civil Procedure 15(a), IT IS HEREBY ORDERED that the defendant's motion to dismiss is DENIED without prejudice as moot.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.