IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
SAMUEL LASSOFF, et al.,        :
        Plaintiffs,             :    CIVIL ACTION
                                :
        v.                      :
                                :
GOOGLE, INC.,                   :
        Defendant               :    NO. 06-3542
```

ORDER

AND NOW, this 26th day of January, 2007, IT IS HEREBY ORDERED that the plaintiff shall inform the Court within two weeks whether service has been made on the defendants added by his amended complaint, and if service has not been made, when he intends to effect service.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.