## DECLARATION OF GOOGLE, INC., REPRESENTATIVE ANNIE HSU

I, Annie Hsu, hereby declare and state as follows:

1. I am an AdWords Associate for Google, Inc. ("Google"). I make this declaration in support of Google's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ.P. 12(b)(6) in the matter captioned at *Samuel Lassoff, on behalf of himself, and other Pennsylvania and New Jersey residents similarly situated v. Google, Inc.*, Civil Action No. 06-cv-3542 (E.D.Pa.). I know the facts stated herein of my own personal knowledge, and if called to testify as a witness in the *Lassoff* matter, I could and would do so competently and under oath.

2. Google's online advertising service allowing advertisers to create text- or image-based ads and to display them online in a targeted manner is called "AdWords."

3. Every AdWords customer is required to agree to a contract with Google before placing any advertisements with Google. Most of these agreements are online agreements that the advertiser accepts by clicking a button. Plaintiff Lassoff accepted such an online contract before he placed any advertisements with Google.

4. Attached hereto as Exhibit "A" is a true and correct copy of the AdWords contract in effect when Plaintiff Lassoff signed up as an AdWords customer, which he accepted before placing any advertisements with Google.

I declare under penalty of perjury under the laws of the State of California and laws of the Commonwealth of Pennsylvania that the foregoing is true and correct. Executed on this 16th day of October, 2006, at Santa Clara County, California.

_____
Annie Hsu