**LASSOFF LAW ASSOCIATES**
By: Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone 215-545-4450

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of** himself, and other U.S. residents similarly situated, <br><br>**Plaintiffs,**<br><br>v.<br><br>**GOOGLE, INC., YAHOO!, INC., and IAC INTERACTIVE CORP**<br><br><br><br>**Defendants.** | **CIVIL ACTION**<br>**06-3542** |

# STIPULATION

**TO THE COURT:**

    It is hereby stipulated and agreed between the undersigned that Plaintiffs in the above captioned matter be granted an extension of 20 days in which to file a response to Defendant Google, Inc.'s First Motion To Dismiss Amended Complaint; Document No. 13.

 

_____
Jeffrey M. Lindy, Esquire
Law Offices of Jeffrey M. Lindy
1800 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

*/s Samuel J. Lassoff, Esquire*
_____
Samuel Lassoff, Esquire
Lassoff Law Associates, LLC
1616 Walnut Street, Suite 1105
Philadelphia, PA 19103
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Samuel J. Lassoff, Esquire, hereby certify that a true and correct copy of the Stipulation was sent by first-class U.S. mail, postage prepaid, addressed to the following:

**Jeffrey M. Lindy, Esquire**
**Law Offices of Jeffrey M. Lindy**
**1800 JFK Boulevard, Suite 1500**
**Philadelphia, PA 19103**


Respectfully submitted,


*/s Samuel J. Lassoff, Esquire*
_____
Samuel Lassoff, Esquire
Lassoff Law Associates, LLC
1616 Walnut Street, Suite 1105
Philadelphia, PA 19103
Attorney for Plaintiffs