IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
SAMUEL LASSOFF,                    :
individually and on behalf of      :   CIVIL ACTION
a class of others similarly        :
situated,                          :
          Plaintiff                :
                                   :
          v.                       :
                                   :
GOOGLE, INC., et al.,              :   NO. 06-3542
          Defendants               :
```

ORDER

AND NOW, this 15th day of February, 2007, upon consideration of defendant Yahoo's letter requesting an extension of time in which to answer the amended complaint and stating that the plaintiff has not responded to its request, IT IS HEREBY ORDERED that the request is GRANTED. Yahoo shall respond to the amended complaint by March 23, 2007.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.