**LASSOFF LAW ASSOCIATES**
By: Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone 215-545-4450

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) 06-3542 |
| v. | ) ) |
| GOOGLE, INC., YAHOO!, INC., and IAC INTERACTIVE CORP | ) ) ) |
| Defendants. | ) ) ) ) ) |

## STIPULATION

**TO THE COURT:**

It is hereby stipulated and agreed between the undersigned that Plaintiffs in the above captioned matter be granted an extension of 20 days in which to file a response to Defendant Google, Inc.'s First Motion To Dismiss Amended Complaint; Document No. 13.


_____
Jeffrey M. Lindy, Esquire
Law Offices of Jeffrey M. Lindy
1800 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

/s Samuel J. Lassoff, Esquire

_____
Samuel Lassoff, Esquire
Lassoff Law Associates, LLC
1616 Walnut Street, Suite 1105
Philadelphia, PA 19103
Attorney for Plaintiffs

Dockets.Justia.com