LASSOFF v. GOOGLE, INC.                                                                                                Doc. 18

Case 2:06-cv-03542-MAM    Document 18    Filed 03/08/2007    Page 1 of 1
Case 2:06-cv-03542-MAM    Document 16    Filed 02/23/2007    Page 1 of 1

**LASSOFF LAW ASSOCIATES**
By: Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone 215-545-4450

FEB 23 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) 06-3542 |
| v. | ) ) |
| GOOGLE, INC., YAHOO!, INC., and IAC INTERACTIVE CORP | ) ) ) |
| Defendants. | ) ) ) |

**FILED**
MAR - 8 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION

TO THE COURT:

It is hereby stipulated and agreed between the undersigned that Plaintiffs in the above captioned matter be granted an extension of 20 days in which to file a response to Defendant Google, Inc.'s First Motion To Dismiss Amended Complaint; Document No. 13.

_____
Jeffrey M. Lindy, Esquire
Law Offices of Jeffrey M. Lindy
1800 JFK Boulevard, Suite 1500
Philadelphia, PA 19103

/s Samuel J. Lassoff, Esquire
_____
Samuel Lassoff, Esquire
Lassoff Law Associates, LLC
1616 Walnut Street, Suite 1105
Philadelphia, PA 19103
Attorney for Plaintiffs

_____
3-8-07