IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., YAHOO! INC., and IAC INTERACTIVE CORP,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-3542<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2007 it is hereby ORDERED that the application of Ellie Schwimmer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

_____

DM1\758941.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated,

    Plaintiff,

v.

GOOGLE, INC., YAHOO! INC., and IAC INTERACTIVE CORP,

    Defendants.

Civil Action No. 06-3542

## APPLICATION TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Ellie Schwimmer, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __21279__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdiction*:

California – Admission date: 2002 – Attorney Identification Number: 221522

B. *I state that I am currently admitted to practice in the following federal jurisdictions*:

U.S. District Court, Central District of California – Admission date: 2002 – Attorney Identification Number: 221522

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

DM1\758941.1

*I am entering my appearance for:* YAHOO! INC.

_____
(Applicant's Signature)

3/13/07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ellie Schwimmer
KEATS, McFARLAND & WILSON, LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830

Sworn and subscribed before me this

_13_ day of March, 2007.

BARED COSTANIAN
Commission # 1425442
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2007

_____
Notary Public

II.   SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Ellie Schwimmer to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| | | | |
|---|---|---|---|
| Robert M. Palumbos | *[signature]* | January 17, 2006 | Pa. ID 200063 |
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

OFFICE ADDRESS AND TELEPHONE NUMBER:

> Robert M. Palumbos
> DUANE MORRIS LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Telephone: (215) 979-1111

Sworn and subscribed before me this

20th day of March, 2007.

_[signature]_
Notary Public

> NOTARIAL SEAL
> MARVA K KIDD
> Notary Public
> CITY PHILADELPHIA, CNTY PHILADELPHIA
> My Commission Expires Apr 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I caused a true and correct copy of the Application of Ellie Schwimmer, Esquire to Practice in this Court Pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court, to be filed via the Official Court Electronic Document Filing System. By virtue of this filing, service of the foregoing Application upon the following counsel, being Electronic Case Filing Users, is complete upon counsels' receipt of the Court's e-mail notification of the Notice of Electronic Filing:

> Samuel J. Lassoff, Esquire
> David J. Berney, Esquire
> Jeffrey M. Lindy, Esquire

DUANE MORRIS LLP

Dated: March 21, 2007

/s/ Robert M. Palumbos
Robert M. Palumbos
30 South 17th Street
Philadelphia, PA  19103
215.979.1111
215.979.1020 (fax)

DM1\758941.1