# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : :  Civil Action No. 06-3542 |
| GOOGLE, INC., YAHOO! INC., and IAC INTERACTIVE CORP, | : : : |
| Defendants. | : : |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Sandra A. Jeskie, Esquire and Robert M. Palumbos, Esquire on behalf of Defendant Yahoo! Inc. in the above-captioned matter.

**DUANE MORRIS LLP**

/s/ Robert M. Palumbos
Sandra A. Jeskie
Pa. ID. No. 79500
Robert M. Palumbos
Pa. ID. No. 200063
30 South 17th Street
Philadelphia PA 19103-4196
Tel.: (215) 979-1111
Fax: (215) 979-1020

Attorneys for Defendant Yahoo! Inc.

Date: March 21, 2007

DM1\1079618.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2006, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Official Court Electronic Document Filing System. By virtue of this filing, service of the Entry of Appearance upon the following counsel, being Electronic Case Filing Users, is complete upon counsels' receipt of the Court's e-mail notification of the Notice of Electronic Filing:

> Samuel J. Lassoff, Esquire
> David J. Berney, Esquire
> Jeffrey M. Lindy, Esquire

>  DUANE MORRIS LLP

Dated: March 21, 2007

>  /s/ Robert M. Palumbos
> Robert M. Palumbos
> 30 South 17th Street
> Philadelphia, PA  19103
> 215.979.1111
> 215.979.1020 (fax)