LASSOFF V. GOOGLE, INC. Doc. 23

Case 2:06-cv-03542-MAM   Document 23   Filed 03/22/2007   Page 1 of 1
Case 2:06-cv-03542-MAM   Document 20   Filed 03/21/2007   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LASSOFF, on behalf of himself, and
other U.S. residents similarly situated,

    Plaintiff,

    v.

GOOGLE, INC., YAHOO! INC., and IAC
INTERACTIVE CORP,

    Defendants.

Civil Action No. 06-3542

## ORDER

AND NOW, this 22nd day of March, 2007 it is hereby ORDERED that the application of Dennis L. Wilson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

_[signature]_

Mailed: E.Schwimmer
3-22-07  D.Wilson
D.Berney
J.Lindy
S.Lassoff
Faxed: R.Palombos

DM1\758911.1