# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC., YAHOO! INC., and IAC INTERACTIVE CORP,<br><br>　　　　　　Defendants. | Civil Action No. 06-3542 |

## DISCLOSURE STATEMENT OF YAHOO! INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Yahoo! Inc. ("Yahoo"), certifies that to the best of our knowledge and belief, Yahoo does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: March 23, 2006

**DUANE MORRIS LLP**

/s/ Robert M. Palumbos
Sandra A. Jeskie
Pa. ID. No. 79500
Robert M. Palumbos
Pa. ID. No. 200063
30 South 17th Street
Philadelphia PA 19103-4196
Tel.: (215) 979-1111
Fax: (215) 979-1020

Attorneys for Defendant Yahoo! Inc.

Of Counsel:
Dennis L. Wilson, Esquire
Ellie A. Schwimmer, Esquire
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90212

DM1\758956.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006, I caused a true and correct copy of the foregoing Disclosure Statement of Yahoo! Inc., to be filed via the Official Court Electronic Document Filing System. By virtue of this filing, service of the foregoing Disclosure Statement upon the following counsel, being Electronic Case Filing Users, is complete upon counsels' receipt of the Court's e-mail notification of the Notice of Electronic Filing:

>Samuel J. Lassoff, Esquire
>David J. Berney, Esquire
>Jeffrey M. Lindy, Esquire

>DUANE MORRIS LLP

Dated: March 23, 2007

>  /s/ Robert M. Palumbos
>Robert M. Palumbos
>30 South 17th Street
>Philadelphia, PA  19103
>215.979.1111
>215.979.1020 (fax)

DM1\758956.1