MAR-22-2007 14:59    US DISTRICT COURT                                    P.002

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Lassoff

:   Civil Action No:   06-3542

V.

Google, Inc.

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Google, Inc. _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: FMR Corp. ("Fidelity") and entities affiliated with Fidelity benefically own more than 10% of Class A common stock of Google, Inc.

04.02.2007                          David J. Berney/RS
Date                                Signature

Counsel for: Google, Inc.