IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL LASSOFF,                          :
individually and on behalf of            :   CIVIL ACTION
a class of others similarly              :
situated,                                :
          Plaintiff                      :
                                         :
     v.                                  :
                                         :
GOOGLE, INC., et al.,                    :   NO. 06-3542
          Defendants                     :

ORDER

AND NOW, this 19th day of April, 2007, upon receipt of the plaintiff's letter requesting an extension of time in which to oppose Yahoo's motion to dismiss and Yahoo's letter in response, IT IS HEREBY ORDERED that the plaintiff's request is granted, and he shall file any opposition by April 24, 2007. The Court will consider Yahoo's argument about the untimeliness of the plaintiff's opposition if raised in its reply brief.

IT IS FURTHER ORDERED that the plaintiff file any opposition to Google's motion to dismiss, or a stipulation of dismissal with respect to Google, by April 24.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.