**LASSOFF LAW ASSOCIATES**
Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone: (215) 545-4450

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of** himself, and other U.S. residents similarly situated, | ) ) ) |
| **Plaintiffs,** | ) **CIVIL ACTION** ) **06-3542** |
| v. | ) ) ) |
| **GOOGLE, INC., YAHOO!, INC., and IAC INTERACTIVE CORP** | ) ) ) |
| **Defendants.** | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL AS TO GOOGLE, INC.

I, Samuel Lassoff, by and through my attorneys, Lassoff Law Associates, hereby voluntarily withdraw Complaint 06-3542 against Defendant Google, Inc., with prejudice.

Respectfully Submitted,

**LASSOFF LAW ASSOCIATES**

By:  */s/ Samuel J. Lassoff*
_____
Samuel J. Lassoff, Esquire
Attorney for Plaintiffs
DATED: April 20, 2007