# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of himself,** : <br> **and other U.S. residents similarly situated,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **YAHOO, INC. & IAC INTERACTIVE CORP.** : <br> : <br> **Defendants.** : | **CIVIL ACTION** <br> **NO. 06-3542** |

## O R D E R

AND NOW, this _____ day of _____, 2007, upon Plaintiff's Response To Defendant Yahoo, Inc.'s Motion To Dismiss, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion To Dismiss Plaintiffs' Class Action Complaint is **DENIED.**

                                                             **BY THE COURT:**

                                                             _____
                                                             **HONORABLE MARY A. McLAUGHLIN**
                                                             **Judge, United States District Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of himself,** : <br> **and other U.S. residents similarly situated,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **YAHOO, INC. & IAC INTERACTIVE CORP.** : <br> : <br> **Defendants.** : | **CIVIL ACTION** <br> **NO. 06-3542** |

## O R D E R

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Response To Defendant Yahoo's Motion To Dismiss, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion To Dismiss Plaintiffs' Class Action Complaint is **DENIED.**

Plaintiffs shall file an Amended Complaint within 30 days.

Plaintiffs shall immediately be afforded the opportunity to obtain discovery from Defendant Yahoo; including, but not limited to (1) the names of all Yahoo customers who opted out of the any Yahoo Class Action Settlement or were not notified of same, and (2) Yahoo's proprietary systems for filtering "fraudulent" clicks without providing any safeguards on the use of such information by other parties or by the public; with appropriate protection for Yahoo, Inc. from public disclosure of same.

**BY THE COURT:**

_____
**HONORABLE MARY A. McLAUGHLIN**
**Judge, United States District Court**