**LASSOFF LAW ASSOCIATES**
Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone: (215) 545-4450

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LASSOFF, on behalf of himself, and other U.S. residents similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) GOOGLE, INC., YAHOO!, INC., and ) IAC INTERACTIVE CORP ) ) ) Defendants. ) | CIVIL ACTION 06-3542 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO IAC INTERACTIVE CORP

I, Samuel Lassoff, by and through my attorneys, Lassoff Law Associates, hereby voluntarily withdraw Complaint 06-3542 against Defendant IAC Interactive Corp, with prejudice.

Respectfully Submitted,

**LASSOFF LAW ASSOCIATES**

By: */s/ Samuel J. Lassoff*
_____
Samuel J. Lassoff, Esquire
Attorney for Plaintiffs
DATED: April 27, 2007