**LASSOFF LAW ASSOCIATES**
Samuel J. Lassoff, Esquire
1616 Walnut Street
Suite 1105
Philadelphia, PA 19103
Phone: (215) 545-4450

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL LASSOFF, on behalf of** himself, and other U.S. residents similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOOGLE, INC., YAHOO!, INC., and IAC INTERACTIVE CORP** <br><br> **Defendants.** | **CIVIL ACTION** <br> **06-3542** |

## NOTICE OF VOLUNTARY DISMISSAL AS TO YAHOO!, INC.

I, Samuel Lassoff, by and through my attorneys, Lassoff Law Associates, hereby voluntarily withdraw Complaint 06-3542 against Defendant YAHOO!, Inc., with prejudice.

Respectfully Submitted,

**LASSOFF LAW ASSOCIATES**

By:  */s/ Samuel J. Lassoff*
_____
Samuel J. Lassoff, Esquire
Attorney for Plaintiffs
DATED: May 17, 2007